Brian H. Kim (State Bar No. 215492)
James P. Keenley (State Bar No. 253106)
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite Three
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

Attorneys for Plaintiff
MICHAEL DUDLEY

PAMELA E. COGAN (SBN 130833)
STACY M. TUCKER (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA  94063-2052
Telephone:     (650) 364-8200
Facsimile:      (650) 780-1701
E-Mail:  pcogan@ropers.com
              stucker@ropers.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DUDLEY,<br><br>                       Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>                       Defendant. | CASE NO. 3:14-cv-02982-MEJ<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

It is hereby stipulated by and between plaintiff MICHAEL DUDLEY and defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED**.

FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from the other signatory.

Dated: January 13, 2015         BOLT KEENLEY KIM

                                By: */s/ Brian H. Kim*
                                    BRIAN H. KIM
                                    Attorneys for Plaintiff
                                    MICHAEL DUDLEY

Dated: January 13, 2015         ROPERS, MAJESKI, KOHN & BENTLEY

                                By: */s/ Stacy M. Tucker*
                                    PAMELA E. COGAN
                                    STACY M. TUCKER
                                    Attorneys for Defendant,
                                    LIBERTY LIFE ASSURANCE
                                    COMPANY OF BOSTON

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 13, 2015         By: _____
                                    United States Magistrate Court Judge
                                    Maria-Elena James

- 2 -
RC1/7747646.1/SMT

STIPULATION DISMISSING CASE WITH PREJUDICE-
CASE NO.: 3:14-CV-02982-MEJ